Same case below, 580 F.3d 373.

**No. 09-8768. Jesse Robinson, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1723, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1950.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 234 Fed. Appx. 77.

**No. 09-8774. Cuatemoc Peribian-Gonzalez, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1723, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1938.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 853.

**No. 09-8778. Kevin Wayne McDaniels, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1723, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1952.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 886.

**No. 09-8780. Oscar Castillo-Ramirez, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1723, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1998.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 855.

**No. 09-8783. Robert M. Joost, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1723, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1933.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8785. Deron E. Jackson, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1922.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 154.

**No. 09-8789. Jorge L. Urbina-Acevedo, Jesus Caraballo-Ortiz, and Luis Andino-Delbrey, Petitioners v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1906.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 584 F.3d 351.

**No. 09-8790. Samnang Am, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 203, 2010 U.S. LEXIS 1958.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 564 F.3d 25.